UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA SATMAREAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PHILIPS CONSUMER LUMINARIES, NA, *et al.*,<br><br>    Defendants. | Case No.: 13-CV-02778-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is scheduled for October 21, 2013. The parties have failed to file a Joint Case Management Statement as required by the Local Rules, this Court's Standing Order in Civil Cases, and prior order of this Court. *See* Civil L.R. 16-9(a); *see* Standing Order in Civil Cases at Section 6 ("Joint case management statements are required and must be filed <u>seven</u> days in advance of the initial case management conference date."); Dkt. No. 24 ("The parties shall file a joint case management conference statement seven days in advance of the case management conference date.").

The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement. A hearing on this Order to Show Cause will be held on Monday, November 4, 2013 at 2:00 p.m. in Courtroom 5. By no later than October 28, 2013, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities *and* this Court's Standing Order in Civil Cases; or (2) a written response to this Order to Show Cause why

they should not be sanctioned for their failure to timely file a joint case management statement. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for October 21, 2013 is hereby **CONTINUED** to November 4, 2013 at 2:00 p.m.  In light of this continuance, Defendant's request for permission to appear by telephone is **DENIED** as moot.  However, the Court notes that this request would have been denied if the conference had occurred as scheduled.  *See* Standing Order in Civil Cases at Section 6 ("Because of the substantive quality of the initial case management conference, telephonic appearances are disfavored.  The Court will grant requests to appear by telephone only upon a *compelling showing of good cause*.  The routine inconveniences of travel do not constitute good cause.") (emphasis supplied).

This Order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Date: October 16, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**