UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA SATMAREAN, | Case No.: 13-CV-02778-YGR |
| Plaintiff, | **REMAND ORDER** |
| vs. | |
| PHILIPS CONSUMER LUMINARIES, NA, *et al.*, | |
| Defendants. | |

On November 22, 2013, the Court issued an Order Denying Defendant Scott Rosenberg's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and/or for Insufficient Service of Process. (Dkt. No. 39.) In that order, the Court required Mr. Rosenberg to file a notice regarding whether he joins in Defendant Philips Consumer Luminaries, NA's removal of this action to federal court. *See Destfino v. Reiswig*, 630 F.3d 952, 956–57 (9th Cir. 2011) (while all properly-served defendants must join in a petition for removal, "[i]f this is not true when the notice of removal is filed, the district court may allow the removing defendants to cure the defect by obtaining joinder of all defendants prior to the entry of judgment").

In response to the Court's order, Defendant Rosenberg has filed a Notice of Non-Joinder in Removal to Federal Court, stating that he "does not join in the removal of this action to federal court." (Dkt. No. 40 (emphasis in original).) Because all Defendants in this action do not join in the notice of removal, this action is hereby **REMANDED** to the Superior Court of California, County of Contra Costa. The Clerk of this Court is further ordered to forward certified copies of this Order and all docket entries to the Clerk of the Contra Cost County Superior Court.

**IT IS SO ORDERED.**

Date: December 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California